IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRALE JEROME HILL-PRICE, | Civil No. 3:23-cv-332 |
| Plaintiff | (Judge Mariani) |
| v. | |
| BERNADETTE MASON, TONY HALMECKI, | |
| Defendants | |

## ORDER

**AND NOW**, this 2nd day of June, 2023, upon consideration of Defendants' motion (Doc. 10) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 10) is **GRANTED**. The complaint (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge